UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALEDEEANNKA EBERWEIN,<br><br>        Plaintiff(s),<br><br>    v.<br><br>PEOPLE OF THE STATE,<br><br>        Defendant(s).<br>_____/ | No. C-13-02728 DMR<br><br>**ORDER TO SUBMIT COMPLETED IFP APPLICATION** |

Plaintiff Chaledeeanka Deborah Ann Williams Goyens-Bell Eberwein filed this action and an application to proceed *in forma pauperis* ("IFP") on June 13, 2013. [Docket Nos. 1, 2.] However, Plaintiff's IFP application is incomplete as Plaintiff did not provide responses to questions 2 through 9, instead writing "Fee waiver granted W/S-12-0057" on the spaces for her responses. To prosecute an action in federal court without prepayment of fees or security, a plaintiff must submit an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). An allegation that Plaintiff has been granted a fee waiver in another case does not satisfy this requirement. Therefore, Plaintiff is hereby order to file a **completed** IFP application or pay the filing fee by no later than **July 5, 2013.** Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: June 20, 2013



_____
DONNA M. RYU
United States Magistrate Judge