**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALEDEEANNKA EBERWEIN, | No. C-13-02728 DMR |
| Plaintiff, | **SECOND ORDER TO SUBMIT COMPLETED IFP APPLICATION** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | |
| _____/ | |

Plaintiff Chaledeeanka Deborah Ann Williams Goyens-Bell Eberwein filed this action and an incomplete application to proceed *in forma pauperis* ("IFP") on June 13, 2013.  On June 20, 2013, the court ordered Plaintiff to file a completed IFP application or to pay the filing fee by no later than July 5, 2013.  [Docket No. 4.]  On July 2, 2013, the June 20, 2013 Order was returned to the Court as undeliverable.  [Docket No. 5. ] The court has diligently attempted to contact Plaintiff by telephone to determine her correct mailing address but has been unsuccessful.  To date, Plaintiff has neither submitted a completed IFP application nor paid the filing fee.  Accordingly, by no later than **August 2, 2013,** Plaintiff shall file a completed IFP application or pay the filing fee.  Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  July 22, 2013

_____
DONNA M. RYU
United States Magistrate Judge