UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALEDEEANNKA EBERWEIN,<br><br>        Plaintiff,<br>   v.<br>PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br>        Defendants.<br>_____/ | No. C-13-02728 DMR<br><br>**SECOND ORDER TO SUBMIT COMPLETED IFP APPLICATION** |

     Plaintiff Chaledeeanka Deborah Ann Williams Goyens-Bell Eberwein filed this action and an incomplete application to proceed *in forma pauperis* ("IFP") on June 13, 2013. On June 20, 2013, the court ordered Plaintiff to file a completed IFP application or to pay the filing fee by no later than July 5, 2013. [Docket No. 4.] On July 2, 2013, the June 20, 2013 Order was returned to the Court as undeliverable. [Docket No. 5.] The court has diligently attempted to contact Plaintiff by telephone to determine her correct mailing address but has been unsuccessful. To date, Plaintiff has neither submitted a completed IFP application nor paid the filing fee. Accordingly, by no later than **August 2, 2013,** Plaintiff shall file a completed IFP application or pay the filing fee. Failure to comply with this order will result in dismissal of this action.

     IT IS SO ORDERED.

Dated: July 22, 2013

_____
DONNA M. RYU
United States Magistrate Judge