UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALEDEEANNKA EBERWEIN,<br><br>            Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>            Defendants.<br>_____/ | No. C-13-02728 DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On June 13, 2013, Plaintiff Chaledeeanka Eberwein filed suit in this Court along with an incomplete application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] On June 20, 2013, the court ordered Plaintiff to file a completed IFP application or to pay the filing fee by no later than July 5, 2013. [Docket No. 4.] On July 2, 2013, the June 20, 2013 Order was returned to the Court as undeliverable. [Docket No. 5.] The court attempted to contact Plaintiff to determine her correct mailing address but was unsuccessful. On July 22, 2013, the court issued a second order to submit a completed IFP application or pay the filing fee by August 2, 2013. [Docket No. 6.] In that order, the court warned Plaintiff that failure to comply would result in dismissal of this action. To date, Plaintiff has neither submitted a completed IFP application nor paid the filing fee. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: August 7, 2013



_____
DONNA M. RYU
United States Magistrate Judge